O
JS-6

# United States District Court
# Central District of California

TEKOMA CHANEY,

   Plaintiff,

  v.

TRANSDEV SERVICES INC. et al.,

   Defendants.

Case No. 2:24-cv-10761-ODW (AJRx)

**FINAL JUDGMENT**

  Pursuant to the Court's Order Granting Defendants' Motions for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendants shall have **JUDGMENT** in their favor;
2. Plaintiff shall receive nothing;
3. All dates and deadlines shall be vacated; and
4. The Clerk of the Court shall close the case.

  **IT IS SO ORDERED.**

April 29, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**